```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  1:07-cr-0150 AWI
                                 )
12              Plaintiff,       )
                                 )
13       v.                      )  STIPULATION AND
                                 )  ORDER RE: CONTINUANCE
14  FIDEL RAMON CASTRO           )
                                 )
15              Defendant.       )
    _____)
16
         Defendant FIDEL RAMON CASTRO, by and through his attorney,
17
    NICHOLAS REYES, and the United States of America, by and through
18
    its attorneys, BENJAMIN B. WAGNER, United States Attorney, and
19
    KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter
20
    into the following stipulation:
21
         The parties to the above-captioned matter agree to vacate the
22
    September 12, 2011, sentencing hearing, set in this matter, and
23
    reset the matter for November 21, 2011, at 1:30 p.m.
24
    DATED: September 7, 2011              Respectfully submitted,
25
                                          BENJAMIN B. WAGNER
26                                        United States Attorney
27                                        By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
28                                            Assistant U.S. Attorney

                                 1
```

```
                                /s/ Nicholas Reyes
                                NICHOLAS REYES
                                Attorney for Defendant
                                FIDEL RAMON CASTRO
```

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of September 12, 2011, is hereby vacated in this matter and is reset for November 21, 2011, at 1:30 p.m.

IT IS SO ORDERED.

Dated: ____September 7, 2011____  _____
                                CHIEF UNITED STATES DISTRICT JUDGE