```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-0150 AWI |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER RE: |
| FIDEL RAMON CASTRO ) | CONTINUANCE |
| Defendant. ) | |

Defendant FIDEL RAMON CASTRO, by and through his attorney, NICHOLAS REYES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and WILLIAM WONG, JASON HITT, and KAREN A. ESCOBAR, Assistant United States Attorneys, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to vacate the January 23, 2012, sentencing hearing, set in this matter, and reset the matter for August 6, 2012, at 9:00 a.m. to effectuate the terms of the plea agreement.

DATED: January 19, 2012                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney
                                           WILLIAM WONG
                                           JASON HITT
                                           Assistant U.S. Attorneys

1

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Nicholas Reyes
NICHOLAS REYES
Attorney for Defendant
FIDEL RAMON CASTRO

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of January 23, 2012, is hereby vacated in this matter and is reset for August 6, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated:     January 19, 2012
CHIEF UNITED STATES DISTRICT JUDGE