```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   1:07-cr-0150 AWI
                                     )
12              Plaintiff,           )
                                     )
13       v.                          )   STIPULATION AND ~~PROPOSED~~
                                     )   ORDER RE: CONTINUANCE
14  FIDEL RAMON CASTRO               )
                                     )
15              Defendant.           )
    _____)
16
```

Defendant FIDEL RAMON CASTRO, by and through his attorney, NICHOLAS REYES, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and WILLIAM WONG, JASON HITT, and KAREN A. ESCOBAR, Assistant United States Attorneys, hereby enter into the following stipulation:

The parties to the above-captioned matter agree to vacate the August 6, 2012, sentencing hearing, set in this matter, and reset the matter for August 20, 2012, at 10:00 a.m. to accommodate the work schedule of AUSA Escobar, who must appear for oral argument in the Ninth Circuit on August 6 in the matter of <u>US v. HOS</u>, C.A. NO. 11-10115, D.C. NO. 1:04CR5171 AWI.

1

| | | |
|---|---|---|
| DATED: June 27, 2012 | | Respectfully submitted, |

BENJAMIN B. WAGNER
United States Attorney
WILLIAM WONG
JASON HITT
Assistant U.S. Attorneys

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Nicholas Reyes
NICHOLAS REYES
Attorney for Defendant
FIDEL RAMON CASTRO

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of August 6, 2012, is hereby vacated in this matter and is reset for August 20, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____June 27, 2012_____  _____
CHIEF UNITED STATES DISTRICT JUDGE